UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 05 10088 WGY

JULIANNE MARIE EVANS,

    Plaintiff,

vs.

**Motion For Counsel to Appear Pro Hac Vice**

NANTUCKET COMMUNITY
SAILING, INC., a Massachusetts corporation

    Defendant.

_____/

FILING FEE PAID:
RECEIPT #
AMOUNT $
BY DPTY CLK
DATE

    Undersigned counsel, a member in good standing of this court, moves the admission of Jeffrey A. Miller, Esq. and Steven D. Miller, Esq. to appear in this case, *pro hac vice*, on behalf of the plaintiff, pursuant to Rule 83.5.3, LR, D. Mass., and as grounds states the following:

    1.    Jeffrey A. Miller, Esq. is an attorney admitted to practice law in Florida and is a member in good standing to practice before the Supreme Court of Florida as well as the United States District Court for the Southern District of Florida (general and trial bars). He is an attorney in good standing as a member of the bar in every jurisdiction where he has been admitted to practice, there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction and he has read and is familiar with the Local Rules of this court. His mailing address is: 2424 North Federal Highway, Suite 314, Boca Raton, Florida 33431, Telephone 561.392.4300, Fax 561.347.7588 and Florida Bar No. 308358. His certificate in support is attached hereto and marked as Exhibit "A".

2. Steven D. Miller, Esq. is an attorney admitted to practice law in Florida and Massachusetts and is a member in good standing to practice before the Supreme Courts of Florida and Massachusetts as well as the United States District Court for the Southern District of Florida (general and trial bars). He is an attorney in good standing as a member of the bar in every jurisdiction where he has been admitted to practice, there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction and he has read and is familiar with the Local Rules of this court. His mailing address is: 817 S. University Drive, Suite 122, Plantation, Florida, Telephone 954.472.0776, Fax 954.472.0875, Florida Bar No. 508187 and Massachusetts Bar No. 560862. His certificate in support is attached hereto and marked as Exhibit "B".

3. My notice of appearance is being filed contemporaneously with this motion.

Wherefore, it is requested that Jeffrey A. Miller and Steven D. Miller, be admitted to practice before this court, *pro hac vice*, in this case.

_____
Michael Ascher
80 Rockadundee Road
P.O. Box 667
Hampden, MA 01036
Phone : 413-566-3878
Fax    : 413-566-3437
Mass. Bar No.: 022695