05cv10088WGY

<u>Certificate of Steven Miller In Support of Motion to Appear *Pro Hac Vice*</u>

I hereby certify that (1) I am an attorney admitted to practice law in Florida and Massachusetts am a member in good standing to practice before the Supreme Courts of Florida and Massachusetts as well as the United States District Court for the Southern District of Florida (general and trial bars) and am in good standing as a member of the bar in every jurisdiction where I have been admitted to practice, (2) there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction and (3) I have read and am familiar with the Local Rules of this court. My mailing address is: 817 S. University Drive, Suite 122, Plantation, Florida, Telephone 954.472.0776, Fax 954.472.0875, Florida Bar No. 508187 and Massachusetts Bar No. 560862.

_____   1/11/05
Steven D. Miller, Esq.            date