## Certificate of Jeffrey Miller In Support of Motion to Appear *Pro Hac Vice*

I hereby certify that (1) I am an attorney admitted to practice law in Florida and am a member in good standing to practice before the Supreme Court of Florida as well as the United States District Court for the Southern District of Florida (general and trial bars) and am in good standing as a member of the bar in every jurisdiction where I have been admitted to practice, (2) there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction and (3) I have read and am familiar with the Local Rules of this court. My mailing address is: 2424 North Federal Highway, Suite 314, Boca Raton, Florida 33431, Telephone 561.392.4300, Fax 561.347.7588 and Florida Bar No. 308358.

_____ 1/11/05
Jeffrey A. Miller, Esq.    date