```
            UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS
```

                                        CIVIL ACTION
                                        NO. 05-10088-WGY

**JULIANNE MARIE EVANS**
    **Plaintiff,**

VS.

**NANTUCKET COMMUNITY SAILING, INC.**
    **Defendant.**

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter our appearance as attorney for defendant, **NANTUCKET COMMUNITY SAILING, INC.**, in the above entitled action.

                                        By its attorneys,


                                        "/s/ Thomas J. Muzyka"
                                        **Thomas J. Muzyka**
                                        **BBO NO: 365540**
                                        **Terence G. Kenneally**
                                        **BBO NO. 642124**
                                        One Washington Mall
                                        Suite 1400
                                        Boston, MA 02108
                                        (617) 723-9165

Dated: February 2, 2005