UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
NO. 05-10088-WGY

JULIANNE MARIE EVANS
    Plaintiff,

VS.

NANTUCKET COMMUNITY SAILING, INC.
    Defendant.

### CERTIFICATION PURSUANT TO LOCAL RULE 16.1

The undersigned hereby certify that they have conferred with regards to establishing a budget for costs of conducting this litigation and the possible use of Alternative Dispute Resolution programs and procedures.

NANTUCKET COMMUNITY
SAILING, INC.

_____
Janice McIntyre
St. Paul Fire and Marine
Insurance Company
233 Broadway, Suite 2600
New York, NY 10279
(212) 898-9200

CLINTON & MUZYKA, P.C.

_____
Thomas J. Muzyka
BBO NO. 365540
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

Dated: March 1, 2005