UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 05-10088 MBB

JULIANNE MARIE EVANS,

    Plaintiff,

vs.

**Assented To Motion to Reset Status Conference**

NANTUCKET COMMUNITY
SAILING, INC., a Massachusetts corporation,
RONAN O'SIOCHRU and DONNCHA
KIELY,

    Defendants.
_____/

    Plaintiff requests that the status conference now set on July 18, 2005, be reset to Thursday, July 28 at 2:30. Undersigned counsel's daughter is flying into Boston on the 28th from Israel and it would be nice if he could meet her and attend the status conference during the same trip. Tom Muzyka, Esq. counsel for Nantucket Sailing, assents to this request (the other defendants have not yet been served).

    Respectfully submitted,

    "/s/ *Jeffrey A. Miller*"
    _____
    Jeffrey A. Miller, Esq.

### CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing was sent by U.S. Mail and facsimile to Thomas J. Muzyka, Esq., One Washington Mall, Suite 1400 Boston, Massachusetts 02108 on June 24, 2005.

"/s/ *Jeffrey A. Miller*"

---

Jeffrey A. Miller, Esq.
2424 North Federal Highway, Suite 314
Boca Raton, Florida 33431
Tel. 561.392.4300
Fax  561.347.7588
Florida Bar No. 308358

and

Steven D. Miller, Esq.
817 South University Dr., Suite 122
Plantation, Florida 33324
Tel.  954.472.0776
Fax  954.472.0875
Florida Bar No.  508187
Massachusetts Bar No. 560862.


and

Michael P. Ascher, Esq. (local counsel)
P.O. Box 667
Hampden, MA 01036
Tel    : 413.566.3878
Fax    : 413.566.3437
Massachusetts Bar No.  022695