UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 05-10088 MBB

JULIANNE MARIE EVANS,

    Plaintiff,

vs.                                  **Assented To Motion to Reset Status Conference**

NANTUCKET COMMUNITY                 **and Status Report**
SAILING, INC., a Massachusetts corporation,
RONAN O'SIOCHRU and DONNCHA
KIELY,

    Defendants.
_____

    Plaintiff requests that the status conference now set on October 4, 2005, be reset to November 4, 2005 at 11:00 a.m. on account of the 4th (and 5th) being Rosh Hashanah, a holiday observed by the undersigned. It was not until booking air flights this week that the conflict was realized, and I apologize for not having said something sooner. Terrance Kenneally, Esq., counsel for Nantucket Sailing, assents to this request.

    The status of the case is that both of the newly added individual defendants have been served in Ireland. We are awaiting receipt of the original returns of service from the process server to file with the court (copies are attached).

                                              Respectfully submitted,
                                              "/s/ *Jeffrey A. Miller*"
                                              _____
                                              Jeffrey A. Miller, Esq.

CERTIFICATE OF **SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing was sent by U.S. Mail and facsimile to Thomas J. Muzyka, Esq., One Washington Mall, Suite 1400 Boston, Massachusetts 02108 on September 29, 2005.

"/s/ *Jeffrey A. Miller*"

---

Jeffrey A. Miller, Esq.
2424 North Federal Highway, Suite 314
Boca Raton, Florida 33431
Tel. 561.392.4300
Fax 561.347.7588
Florida Bar No. 308358

and

Steven D. Miller, Esq.
817 South University Dr., Suite 122
Plantation, Florida 33324
Tel. 954.472.0776
Fax 954.472.0875
Florida Bar No. 508187
Massachusetts Bar No. 560862.

and

Michael P. Ascher, Esq. (local counsel)
P.Q. Box 667
Hampden, MA 01036
Tel    : 413.566.3878
Fax    : 413.566.3437
Massachusetts Bar No. 022695

12/09 2005 14:05 FAX 0214878790          NORWOOD GRANGE C.H.                    ☒002/002

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 9/ Sept /05 |
| NAME OF SERVER (PRINT) TOM MURPHY | TITLE MR. |

Check one box below to indicate appropriate method of service

☐ Served personally upon the third-party defendant. Place where served: 20 Waterpark Close
Carrigaline, CORK

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.
Name of person with whom the summons and complaint were left: Denis J Kiely (Partner)

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/9/05
                 Date

Signature of Server

4 Wellington Place, Sundays Well Road
Address of Server
CORK

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

12/09 2005 14:05 FAX 0214878790     NORWOOD GRANGE C.H.     ☒001/002

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 12 August 2005 |
| NAME OF SERVER (PRINT)  TOM MURPHY | TITLE  MR. |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: 10 Bishopscourt Hill
    Bishopscourt Hill, Bishopstown Cork

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
    Name of person with whom the summons and complaint were left: Ronan O Siochrú - Ronan Sugrue

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12 August 2005     Tom Murphy
             Date                Signature of Server

4 Wellington Place, Sunday's Well, Cork
Address of Server

Ronan O Siochrú

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.