```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS
```

                                                    CIVIL ACTION
                                                    NO. 05-10088-MBB

**JULIANNE MARIE EVANS**
    **Plaintiff,**

**VS.**

**NANTUCKET COMMUNITY SAILING, INC.,**
**RONAN O'SIOCHRU and DONNCHA KIELY**
    **Defendants.**

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

    Please enter our appearance as attorney for defendant, **DONNCHA KIELY**, in the above entitled action.

                                        By his attorneys,

                                        <u>"/s/ Terence G. Kenneally"</u>
                                        **Thomas J. Muzyka**
                                        **BBO NO: 365540**
                                        **Terence G. Kenneally**
                                        **BBO NO. 642124**
                                        **One Washington Mall**
                                        **Suite 1400**
                                        **Boston, MA 02108**
                                        **(617) 723-9165**

Dated:   October 24, 2005