UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 05-10088-MBB

**JULIANNE MARIE EVANS**
    Plaintiff,

VS.

**NANTUCKET COMMUNITY SAILING, INC.,
RONAN O'SIOCHRU and DONNCHA KIELY**
    Defendants.

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

    Please enter our appearance as attorney for defendant, **RONAN O'SIOCHRU**, in the above entitled action.

By his attorneys,

"/s/ Thomas J. Muzyka"
**Thomas J. Muzyka**
**BBO NO: 365540**
**Terence G. Kenneally**
**BBO NO. 642124**
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

Dated:  October 24, 2005