UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
NO. 05-10088-MBB

JULIANNE MARIE EVANS
    Plaintiff,

VS.

NANTUCKET COMMUNITY SAILING, INC.,
RONAN O'SIOCHRU and DONNCHA KIELY
    Defendants.

### DEFENDANTS' AMENDED SCHEDULING STATEMENT

Now come the defendants, in the above captioned action, by and through their undersigned counsel, after conferencing pursuant to Local Rule 16.1(B) of the United States District Court, District of Massachusetts, hereby file this proposed Amended Scheduling Statement.

**I.  DISCOVERY**

The defendants propose the following amended discovery plan:

    A.    All discovery and factual depositions to be completed by May 1, 2006.

    B.    Plaintiff's designation of experts and disclosure of expert information and reports pursuant to the Federal Rules of Civil Procedure served on or before July 5, 2006.

    C.    Defendant's designation of experts and disclosure of expert information and reports pursuant to the Federal Rules of Civil Procedure served on or before August 7, 2006

    D.    All expert depositions to be completed by October 9, 2006.

    E.    Final Pretrial Conference to be scheduled after October 31, 2006.

**II.**    **MOTION SCHEDULE**

In addition to the above, the defendants propose the following motion schedule.

    A.    Motions to amend the pleadings, to add parties or to set forth additional claims to be filed on or before December 31, 2005.

    B.    Dispositive Motions to be filed by October 16, 2006 with Oppositions filed within fourteen (14) days as set forth in the Local Rules of this Court.

**III.**    **CERTIFICATION**

The defendants report that they have conferred with their counsel pursuant to Local Rule 16.1(D)(3) and independently filed their Certificates of Compliance.

**IV.**    **TRIAL BY MAGISTRATE JUDGE**

The parties consented to trial by Magistrate Judge Bowler.

**V.**    **SETTLEMENT**

The plaintiff has tendered a written settlement demand to the defendant.

**WHEREFORE**, the defendants pray that this Honorable Court approve the above proposed schedule.

Respectfully Submitted,

**DEFENDANT
CLINTON & MUZYKA, P.C.,**

<u>"/s/ Thomas J. Muzyka"</u>
**Thomas J. Muzyka
BBO NO. 365540
Terence G. Kenneally
BBO NO. 642124**
One Washington Mall
Suite 1400
Boston, MA 02108
617-723-9165

Dated: November 4, 2005