UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 05-10088 MBB

JULIANNE MARIE EVANS,

    Plaintiff,

    vs.

NANTUCKET COMMUNITY
SAILING, INC., a Massachusetts corporation,
RONAN O'SIOCHRU and DONNCHA
KIELY,

    Defendants.

### NOTICE OF TAKING VIDEO DEPOSITION

PLEASE TAKE NOTICE that the Plaintiff will take the video deposition of the following person:

| Deponent | Date/time | Place |
|---|---|---|
| Dr. Norman Mann | January 21, 2006<br>10:00 a.m. | 17643 Tiffany Trace<br>Boca Raton, Florida 33487 |

The deposition will be taken upon oral examination, before an officer duly authorized by law to take depositions. The deposition will continue from day to day until completed.

Respectfully submitted,

"/s/ *Jeffrey A. Miller*"

Jeffrey A. Miller, Esq.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent by U.S. Mail and facsimile to Thomas J. Muzyka, Esq., One Washington Mall, Suite 1400 Boston, Massachusetts 02108 on December 28, 2005.

"/s/ *Jeffrey A. Miller*"

---

Jeffrey A. Miller, Esq.
2424 North Federal Highway, Suite 314
Boca Raton, Florida 33431
Tel. 561.392.4300
Fax 561.347.7588
Florida Bar No. 308358

and

Steven D. Miller, Esq.
817 South University Dr., Suite 122
Plantation, Florida 33324
Tel. 954.472.0776
Fax 954.472.0875
Florida Bar No. 508187
Massachusetts Bar No. 560862.

And

Michael P. Ascher, Esq. (local counsel)
P.Q. Box 667
Hampden, MA 01036
Tel    : 413.566.3878
Fax    : 413.566.3437
Massachusetts Bar No. 022695