DISTRICT OF MASSACHUSETTS

CASE NO. 05-10088 MBB

| | |
|---|---|
| JULIANNE MARIE EVANS, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> NANTUCKET COMMUNITY ) <br> SAILING, INC., a Massachusetts ) <br> corporation, RONAN O'SIOCHRU ) <br> and DONNCHA KIELY, ) <br> ) <br> Defendants. ) <br> ) | |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Kindly enter my appearance as counsel for the Plaintiff, Julianne Marie Evans.

                               Respectfully submitted,
                               The Plaintiff,
                               By her attorneys,

                               /s/ Marielise Kelly
                               Marielise Kelly, Esq,
                               B.B.O. #559595
                               Richard A. Gargiulo, Esq.
                               B.B.O. # 563971
                               Constance L. Rudnick, Esq.
                               B.B.O # 433500
                               Gargiulo / Rudnick, LLP
                               66 Long Wharf
                               Boston, MA 02110
                               (617) 742-3833 (tel.)
                               (617) 523-7834 (fax)

Dated: March 8, 2006