DISTRICT OF MASSACHUSETTS

CASE NO. 05-10088 MBB

| | |
|---|---|
| JULIANNE MARIE EVANS,            ) | |
| ) | |
| Plaintiff,            ) | |
| ) | |
| vs.            ) | |
| ) | |
| ) | |
| NANTUCKET COMMUNITY            ) | |
| SAILING, INC., a Massachusetts  ) | |
| corporation, RONAN O'SIOCHRU ) | |
| and DONNCHA KIELY,            ) | |
| ) | |
| Defendants.            ) | |
| _____) | |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Kindly enter my appearance as counsel for the Plaintiff, Julianne Marie Evans.

Respectfully submitted,
The Plaintiff,
By her attorneys,

__/s/Richard A. Gargiulo__
Richard A. Gargiulo, Esq.
B.B.O. # 185680
Gargiulo / Rudnick, LLP
66 Long Wharf
Boston, MA 02110
(617) 742-3833 (tel.)
(617) 523-7834 (fax)

Dated: March 9, 2006