UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 05-10088 MBB

JULIANNE MARIE EVANS,

        Plaintiff,

vs.

NANTUCKET COMMUNITY
SAILING, INC., a Massachusetts
corporation, RONAN O'SIOCHRU
and DONNCHA KIELY,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

### PLAINTIFF, JULIANNE MARIE EVANS'
### MOTION FOR LEAVE TO FILE A NOTICE OF APPEARANCE IN HARD COPY

NOW COMES the Plaintiff, Julianne Marie Evans, and requests leave of the court to file

a Notice of Appearance in hard-copy, as opposed to through the ECF electronic filing system.

As reason for this request,

1.  Constance L. Rudnick is counsel for the Plaintiffs in the above-captioned matter.;

2.  Attorney Rudnick is having technical difficulties with the ECF filing system which is

    preventing her from filing her Notice of Appearance electronically with the court.

3.  The technical difficulties are expected to be resolved within the next several days.  In

    the interim, Attorney Rudnick wishes to get her appearance on record with this court

    so that she is properly noticed of activity in the case.

4.  Granting this request is in the interest of justice and no prejudice will result to any

    party to this litigation as a result of granting the requested relief.

P:\EVANS, JULIANNE MARIE\AEF Plaintiff's Motion to File NOA in Hard Copy 060310.doc

WHEREFORE, the Plaintiff, Julianne Marie Evans respectfully requests that this

Honorable Court grant leave to file the Notice of Appearance of Constance L. Rudnick in hard

copy form, with service on all counsel of record by first class mail.   An original Notice of

Appearance, executed by Constance Rudnick, is appended hereto for docketing in the event the

court grants the requested relief.

> Respectfully submitted,
> The Plaintiff,
> Julianne Marie Evans,
> By her attorneys
>
> Constance L. Rudnick, Esq.
> B.B.O # 433500
> Gargiulo / Rudnick, LLP
> 66 Long Wharf
> Boston, MA 02110
> (617) 742-3833 (tel.)
> (617) 523-7834 (fax)

Dated: March 10, 2006

2