UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 05-10088 MBB

| | |
|---|---|
| JULIANNE MARIE EVANS, | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| NANTUCKET COMMUNITY SAILING, INC., a Massachusetts corporation, RONAN O'SIOCHRU and DONNCHA KIELY, | ) ) ) ) |
| Defendants. | ) ) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Kindly enter my appearance as counsel for the Plaintiff, Julianne Marie Evans.

Respectfully submitted,

Constance L. Rudnick, Esq.
B.B.O # 433500
Gargiulo / Rudnick, LLP
66 Long Wharf
Boston, MA 02110
(617) 742-3833 (tel.)
(617) 523-7834 (fax)

Dated: March 10, 2006

P:\EVANS, JULIANNE MARIE\AEF Notice of Appearance (CR) 060308.doc

## CERTIFICATE OF SERVICE

I, Constance L. Rudnick, Esquire, hereby certify that I have served by postage prepaid first class mail a copy of the following document:

1. **Plaintiff, Julianne Marie Evans' Motion for Leave to File a Notice of Appearance in Hard Copy**

2. **Notice of Appearance of Constance L. Rudnick**

On:

Thomas J. Muzyka, Esq.
One Washington Mall
Suite 1400
Boston, MA 02108

Jeffrey A. Miller, Esq.
2424 North Federal Highway, Suite 314
Boca Raton, FL 33431

Steven D. Miller, Esq.
817 S. University Drive, Suite 122
Plantation, FL 33324

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS DATE 10 OF MARCH 2006.

*Constance L. Rudnick*
Constance L. Rudnick