AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

### DISTRICT OF                        MASSACHUSETTS

Julianne Evans

V.

Nantucket Community Sailing, Inc.

## EXHIBIT AND WITNESS LIST

Case Number:  05-10088-MBB

| PRESIDING JUDGE U.S.M.J.  Marianne B. Bowler | | | PLAINTIFF'S ATTORNEY Richard Gargiulo | | DEFENDANT'S ATTORNEY Thomas Muzyka | |
|---|---|---|---|---|---|---|
| TRIAL DATE (S) 3/15/06 motion hearing | | | COURT REPORTER | | COURTROOM DEPUTY Marc Duffy | |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| 1 | | 3/15/06 | x | x | Bill from University Physicians, dated 1/7/05 - 1 Page | |
| 2 | | 3/15/06 | x | x | Bill from University Physicians, dated 2/7/05 - 1 Page | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.