UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 05-10088MBB

JULIANNE MARIE EVANS,

    Plaintiff,

v.

NANTUCKET COMMUNITY
SAILING, INC., a Massachusetts corporation,
RONAN O'SICOHRU and DONNCHA
KIELY,

    Defendants.
_____/

**Motion to Withdraw as Local Counsel**

Undersigned counsel files this, his motion to withdraw as local counsel in this matter and states the following:

Attorneys Richard Gargiulo, Constance Rudnick and Marielise Kelly have filed appearances on behalf of the plaintiff as local counsel and, therefore, my services as local counsel are no longer necessary. Therefore, the undersigned respectfully requests that the court grant this motion allowing me to withdraw as local counsel in this matter.

Respectfully submitted,

Michael Archer, Esq.
P.O. Box 667
Hampden, MA 01036
(413) 222-6619
B.B.O. # 022695

## Local Rule 7.1 Certificate

I have attempted to confer with counsel for the defendants, Thomas Muzyka, Esq., in a good faith effort to resolve this motion, but was not able to reach him. I assume he will not have an objection.

Michael Ascher, Esq.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent by U.S. Mail and facsimile to Thomas J. Muzyka, Esq., One Washington Mall, Suite 1400, Boston, Massachusetts 02108; Richard Gargiulo, Esq., Constance Rudnick, Esq., and Marielise Kelly, Esq., 66 Long Wharf, Boston, MA 02110; Jeffrey A. Miller, Esq., 2424 N. Federal Highway, Suite 314, Boca Raton, Florida 33431 and Steven D. Miller, Esq., 817 S. University Drive, Suite 122, Plantation, Florida 3324 on March 24, 2006.

Michael Ascher, Esq.
P.O. Box 667
Hampden, MA 01036
(413) 222-6619
B.B.O. # 022695