UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  | CIVIL ACTION |
|---|---|---|
|  |  | NO.: 05-10088 MBB |
| JULIANNE MARIE EVANS, | * |  |
|  | * |  |
| Plaintiff, | * |  |
|  | * |  |
|  | * |  |
| vs. | * |  |
|  | * |  |
|  | * |  |
| NANTUCKET COMMUNITY | * |  |
| SAILING, INC., a Massachusetts | * |  |
| Corporation, RONAN O'SIOCHRU | * |  |
| and DONNCHA KIELY, | * |  |
|  | * |  |
| Defendants. | * |  |

## NOTICE OF APPEARANCE

   PLEASE TAKE NOTICE that David P. Angueira, Esq. of Swartz & Swartz enters his appearance as counsel for the Plaintiff Julianne Marie Evans.

                                        The Plaintiff,
                                        By Her Attorneys,


                                          s/David P. Angueira
                                        Edward M. Swartz
                                        B.B.O. No. 489540
                                        Alan L. Cantor
                                        B.B.O. No. 072360
                                        David P. Angueira
                                        B.B.O. No. 019610
                                        Swartz & Swartz
                                        10 Marshall Street
                                        Boston, MA 02108
                                        (617) 742-1900

DATED: April 12, 2006

**CERTIFICATE OF SERVICE**

I, David P. Angueira, Esq. do hereby certify that the foregoing document was served on the following counsel on this date and in the manner specified herein:

Electronically Serviced Through ECF:

Constance L. Rudnick, Esq.
Gargiulo, Rudnick & Gargiulo
66 Long Wharf
Boston, MA 02110

Steven D. Miller, Esq.
817 S. University Drive
Suite 122
Plantation, FL 33324

Jeffrey A. Miller, Esq.
2424 North Federal Highway
Suite 314
Boca Raton, FL 33431

Thomas J. Muzyka, Esq.
Clinton & Muzyka, P.C.
One Washington Mall
Suite 1400
Boston, MA 02108

This 12th day of April, 2006.

               __s/David P. Angueira___
               David P. Angueira