UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO.: 05-10088 MBB

| | |
|---|---|
| JULIANNE MARIE EVANS, | * |
| | * |
| Plaintiff, | * |
| | * |
| | * |
| vs. | * |
| | * |
| | * |
| NANTUCKET COMMUNITY | * |
| SAILING, INC., a Massachusetts | * |
| Corporation, RONAN O'SIOCHRU | * |
| and DONNCHA KIELY, | * |
| | * |
| Defendants. | * |

## NOTICE OF APPEARANCE

    PLEASE TAKE NOTICE that Alan L. Cantor, Esq. of Swartz & Swartz enters his appearance as counsel for the Plaintiff Julianne Marie Evans.

                            The Plaintiff,
                            By Her Attorneys,

                            __s/Alan L. Cantor_
                            Edward M. Swartz
                            B.B.O. No. 489540
                            Alan L. Cantor
                            B.B.O. No. 072360
                            David P. Angueira
                            B.B.O. No. 019610
                            Swartz & Swartz
                            10 Marshall Street
                            Boston, MA 02108
                            (617) 742-1900

DATED: April 13, 2006

**CERTIFICATE OF SERVICE**

      I, Alan L. Cantor, Esq. do hereby certify that the foregoing document was served on the following counsel on this date and in the manner specified herein:

Electronically Serviced Through ECF:

Constance L. Rudnick, Esq.
Gargiulo, Rudnick & Gargiulo
66 Long Wharf
Boston, MA 02110

Steven D. Miller, Esq.
817 S. University Drive
Suite 122
Plantation, FL 33324

Jeffrey A. Miller, Esq.
2424 North Federal Highway
Suite 314
Boca Raton, FL  33431

Thomas J. Muzyka, Esq.
Clinton & Muzyka, P.C.
One Washington Mall
Suite 1400
Boston, MA 02108

This 13th day of April, 2006.

                                            __s/Alan L. Cantor_____
                                              Alan L. Cantor