UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 05-10088MBB

JULIANNE MARIE EVANS,

    Plaintiff,

v.

NANTUCKET COMMUNITY
SAILING, INC., a Massachusetts corporation,
RONAN O'SICOHRU and DONNCHA
KIELY,

    Defendants.
_____/

**Notice of Charging Lien**

Undersigned counsel file this, their notice of charging lien for attorney's fees and costs and state the following:

1. Undersigned counsel were retained[1] by the plaintiff in 2002 and 2006.

2. The plaintiff discharged undersigned counsel by letter dated April 11, 2006.

3. Pursuant to the terms of the retainer agreements entered into with undersigned counsel, plaintiff is obligated to pay attorney's fees and costs regarding their representation of her in the above styled matter.

4. Copies of the retainer agreements are in the possession of the plaintiff.

WHEREFORE, the undersigned hereby give notice of their charging lien for attorney's fees and costs on any settlement or judgment of this matter.

Respectfully submitted,

/s/ Steven D. Miller
Steven D. Miller, Esq.
817 S. University Drive, Suite 122
Plantation, Florida 33324
(954) 472-0776
(954) 472-0875 (fax)

---

[1] Plaintiff retained Steven D. Miller, P.A. on December 3, 2002 under a contingency fee agreement contract executed in Florida. Richard Gargiulo, Esq. and Constance Rudnick, Esq. were retained on an hourly basis by contract dated March 7, 2006.

Florida Bar No. 508187
B.B.O. # 560862

/s/ Jeffrey A. Miller (sdm)
Jeffrey A. Miller, Esq.
2424 N. Federal Highway, Suite 314
Boca Raton, Florida 33431
(561) 392-4300
(561) 347–7588 (fax)
Florida Bar No. 308358

/s/Richard A. Gargiulo (sdm)
Richard A. Gargiulo, Esq.
B.B.O. #185680
66 Long Wharf
Boston, MA 02110
(617) 742-3833
(617) 523-7834 (fax)

/s/ Constance L. Rudnick (sdm)
Constance L. Rudnick, Esq.
B.B.O. #433500
66 Long Wharf
Boston, MA 02110
(617) 742-3833
(617) 523-7834 (fax)

/s/ Marielise Kelly (sdm)
Marielise Kelly, Esq.
B.B.O. #559595
66 Long Wharf
Boston, MA 02110
(617) 742-3833
(617) 523-7834 (fax)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically through ECF on Thomas J. Muzyka, Esq., One Washington Mall, Suite 1400, Boston, Massachusetts 02108, David Angueira, Esq. and Edward Swartz, Esq. and Alan Cantor, Esq., Number 10 Marshall Street, Boston, MA 02108.

Dated: April 28, 2006         /s/Steven D. Miller
                              Steven D. Miller, Esq.