UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO.: 05-10088 MBB

JULIANNE MARIE EVANS, *
*
Plaintiff, *
*
*
vs. *
*
*
NANTUCKET COMMUNITY *
SAILING, INC., a Massachusetts *
Corporation, RONAN O'SIOCHRU *
and DONNCHA KIELY, *
*
Defendants. *

**PLAINTIFF'S MOTION TO COMPEL REIMBURSEMENT OF**
**EXPENSES AND REQUEST FOR ATTORNEYS' FEES AND COSTS**

The plaintiff moves that the court enter an order compelling the defendants to reimburse the expenses incurred by the plaintiff in attending a four day medical examination by defendants' medical expert, pursuant to an agreement of the parties. In addition, because the defendants' insurer has acted with such intransigence and bad faith in this matter, the plaintiff requests an award of attorneys' fees and costs incurred in bringing this motion. Although the plaintiff is extremely reluctant to trouble the court with such a matter that should be easily resolved between parties, the plaintiff has no alternative but to file this motion.

In support of this motion, plaintiff states as follows:

1. In June 2006, the parties agreed that the plaintiff would travel from her home in Florida to attend a four day examination by defendants' medical expert, Dr. Henkin, in Washington, DC. In an exchange of correspondence, the parties agreed that the defendants would be responsible for plaintiff's reasonable expenses and that a request for

reimbursement would be submitted to defendants after the examination.  See Exhibits "A", "B" and "C".

2.    The plaintiff duly attended the medical examination from July 28-31, 2006.

3.    On August 23, 2006, plaintiff's counsel forwarded to defense counsel Ms. Evans' request for reimbursement of $1,710.52 together with receipts.  The plaintiff was able to secure lodging in Washington, DC at the very reasonable rate of $159.00 per night due to a relationship with the Marriott hotel chain.  See Exhibit "D".

4.    Payment was not forthcoming from defendants' insurer and several informal inquiries were made by plaintiff's counsel to defendants' counsel without success.

5.    Finally, on October 3, 2006, plaintiff's counsel indicated that plaintiff would have no alternative but to file a motion to compel if payment were not forthcoming.  Counsel discussed the matter in a chain of emails which are attached as Exhibit "E".

6.    On October 6, 2006, defendants' counsel indicated in a telephone conversation with plaintiff's counsel that the insurer intended to cut the reimbursement amount by about $100.00.  A general description of the reason for the proposed cut was provided by defense counsel.  Plaintiff's counsel requested a written explanation and asked that the matter be reconsidered by the insurer, particularly in light of the very favorable hotel rate secured by the plaintiff.  Defense counsel indicated that a response would be provided on October 9, 2006.

7.    No response has been provided.

8.    Ms. Evans fully cooperated with the defendants by agreeing to attend a medical examination of unprecedented length and duly submitted her verified statement of expenses in timely fashion.  In return, the insurer has delayed, acted in bad faith and failed, at every juncture, to meet its end of the bargain.  For these reasons, plaintiff

requests that the court enter an order compelling the defendants to submit the reimbursement forthwith, to pay any financing charges Ms. Evans has incurred due to the defendants' delay and to award plaintiff reasonable attorneys' fees associated with bringing the motion.

The Plaintiff,
By Her Attorneys,

__s/Alan L. Cantor_
Edward M. Swartz
B.B.O. No. 489540
Alan L. Cantor
B.B.O. No. 072360
David P. Angueira
B.B.O. No. 019610
Swartz & Swartz
10 Marshall Street
Boston, MA 02108
(617) 742-1900

**CERTIFICATE OF SERVICE**

I, Alan L. Cantor, Esq. do hereby certify that the foregoing document was served on the following counsel on this date and in the manner specified herein:

Electronically Serviced Through ECF:

Terrence Kenneally, Esq.
Thomas J. Muzyka, Esq.
Clinton & Muzyka
1 Washington Mall
Boston, MA 02108

Steven D. Miller, Esq.
817 S. University Drive, Suite 122
Plantation, FL 33324

Jeffrey A. Miller, Esq.
2424 N. Federal Highway, Suite 314
Boca Raton, FL 33431

Richard A. Gargiulo, Esq.
Gargiulo, Rudnick & Gargiulo
66 Long Wharf
Boston, MA 02110

This 13th day of October, 2006.

__s/Alan L. Cantor______
Alan L. Cantor



Case 1:05-cv-10088-MBB Document 62 Filed 09/29/2006 Page 1 of 1

Swartz & Swartz
ATTORNEYS AT LAW

*The John & Ebenezer Hancock House on The Freedom Trail*
NUMBER TEN MARSHALL ST., BOSTON, MASSACHUSETTS 02108
617-742-1900 · FAX · 617-367-7193
acantor@swartzlaw.com

June 2, 2006

Thomas J. Muzyka, Esq.
Clinton & Muzyka
1 Washington Mall
Boston, MA 02108

RE: Evans v. Nantucket Community Sailing, Inc.

Dear Tom:

Thank you for speaking with me yesterday regarding this matter. You indicated that you wish to retain Dr. Henken as your expert notwithstanding the contact Ms. Evans has had with his organization. We are prepared to agree to this with the following understandings:

1. Ms. Evans would keep her current appointment of July 28-31. Your client would be responsible for all of her reasonable expenses associated with this appointment;

2. Dr. Henken's report and all underlying data and other materials in his file will be produced as soon as practicable following the exam;

3. Dr. Henken will be produced for deposition as soon as practicable following production of the materials referred to in Paragraph 2 above;

4. Depending on Dr. Henken's conclusions, it may be necessary for the plaintiff to retain her own expert. To the extent this is necessary and to the extent an examination cannot be scheduled sufficiently in advance of the discovery deadline to allow for completion of discovery, the defendants agree to assent to a reasonable extension of the discovery deadline for this purpose.

Please let me have your thoughts on these matters.

Very truly yours,

Alan L. Cantor

Alan L. Cantor

ALC:krg
Via Telefax:

EXHIBIT "A"

**CLINTON & MUZYKA, P.C.**
ATTORNEYS AT LAW
ONE WASHINGTON MALL, SUITE 1400
BOSTON, MASSACHUSETTS 02108

THOMAS E. CLINTON
THOMAS J. MUZYKA
ROBERT E. COLLINS*
KENNETH M. CHIARELLO
TERENCE G. KENNEALLY

ARTHUR P. SKARMEAS**
Of Counsel

*Also admitted in RI
**Also admitted in NH

TELEPHONE
(617) 723-9165
FACSIMILE
(617) 720-3489
E-MAIL:
c&m@clintonmuzyka.com

June 5, 2006

***VIA FACSIMILE & U.S. MAIL***

Swartz and Swartz
10 Marshall Street
Boston, MA 02108

Attention: Alan L. Cantor, Esq.

**Re: Julianne Evans vs.
Nantucket Community Sailing, Inc.
Civil Action No. 05-10088**

Dear Mr. Cantor:

We refer to the above matter, your letters dated June 1 and June 2, 2006, your recent telephone conversation with Attorney Muzyka, and reply that we agree, in part, with your proposal concerning the defendants' retention of Dr. Robert I. Henkin as their medical expert.

We counter your proposal by suggesting that after Dr. Henkin examines the plaintiff and produces his report that your office examine his report and determine whether the plaintiff will rely on the report or conclude that additional medical expert opinions are required for the plaintiff's interests. If the plaintiff decides to rely on Dr. Henkin's opinions as issued, we agree that his deposition should be noticed soon thereafter.

If the plaintiff wishes to retain her own medical expert after reviewing Dr. Henkin's report then she should retain the expert as soon as practicable. We presume that the plaintiff will then undergo a second examination and a written report concerning the examination will be produced to the defendants.

EXHIBIT "B"

We presume that the plaintiff's medical expert will then be deposed followed by the defendants' medical expert as is the usual practice in the Federal Court.

If the present discovery schedule requires modification to accommodate the scheduling of the plaintiff's examination and the medical expert depositions, the defendants will be willing to submit a joint motion requesting the Court for an extension of time.

If you have any questions concerning the above, please do not hesitate to advise. We look forward to receiving your reply.

Very truly yours,

Terence G. Kennealy



Swartz & Swartz
ATTORNEYS AT LAW

The John & Ebenezer Hancock House on The Freedom Trail
NUMBER TEN MARSHALL ST., BOSTON, MASSACHUSETTS 02108
617-742-1900 · FAX · 617-367-7193
acantor@swartzlaw.com

June 5, 2006

Terrence Kenneally, Esq.
Clinton & Muzyka
1 Washington Mall
Boston, MA 02108

RE: Evans v. Nantucket Community Sailing, Inc.

Dear Mr. Kenneally:

Thank you for your letter of today. We are in agreement with your proposal. Accordingly, I suggest that we regard my letter of June 2, 2006, modified by your letter of today, as the agreement of the parties. We presume that you will contact Dr. Henkin's office to explain recent events and advise. I have instructed Ms. Evans not to communicate further with Dr. Henkin or his facility.

Thank you.

Very truly yours,

Alan L. Cantor

ALC:krg
Via Telefax and mail

EXHIBIT "C"

Swartz & Swartz
ATTORNEYS AT LAW
The John & Ebenezer Hancock House on The Freedom Trail
NUMBER TEN MARSHALL ST., BOSTON, MASSACHUSETTS 02108
617-742-1900 · FAX · 617-367-7193
EMAIL · ATTORNEY@SWARTZLAW.COM
WEBSITE · WWW.SWARTZLAW.COM
acantor@swartzlaw.com

August 23, 2006

Terrence Kenneally, Esq.
Clinton & Muzyka
1 Washington Mall
Boston, MA 02108

RE: Evans v. Nantucket Community Sailing, Inc.

Dear Mr. Kenneally:

Please find enclosed Ms. Evans' expense report relating to her medical examination. Kindly forward a reimbursement check made payable to her to this office.

Thank you.

Very truly yours,

Alan L. Cantor

Alan L. Cantor

ALC:krg
Enc.

EXHIBIT "A"

**Julianne Evans - Expense Report** | **Washington Taste & Smell Center – July 27-31, 2006**

**EXPENSES:**

| | | |
|---|---|---|
| **Airfare:** | $ 218.60 | |
| Return Airfare Overweight Luggage charge Due to extra 15 lbs of Xrays, CT's, MRI Films in baggage Henkin would not mail back to Kenneally: | $ 50.00 | |
| **Hotel:** | $ 866.84 | $159/night plus tax and parking |
| **Rental Car:** | $ 227.74 | |
| **Gasoline:** | $ 31.01 | |
| **Meals:** | | |
| **Thursday, July 27** | | |
| Lunch | $ -0- | Didn't eat lunch |
| Dinner | $ 52.96 | McCormick & Schmick |
| **Friday, July 28** | | |
| Breakfast | $ -0- | Required to Fast by Dr. Henkin |
| Lunch | $ 9.00 | Cash – No Receipt – Einstein Bagels |
| Dinner | $ -0- | Ordered room service – included on hotel bill |
| **Saturday, July 29** | | |
| Breakfast | $ 13.28 | Einstein Bagels |
| Lunch | $ 25.74 | McGarvey's |
| Dinner | $ 88.93 | Carrol's Creek Cafe |
| **Sunday, July 30** | | |
| Breakfast | $ 6.50 | Cash – No Receipt - Einstein Bagels |
| Lunch | $ 41.40 | The Wharf Restaurant |
| Dinner | $ -0- | Ate snacks at hotel due to late lunch |
| **Monday, July 31** | | |
| Breakfast | $ 8.50 | Cash – No Receipt – Einstein Bagels |
| Lunch | $ 38.02 | The Wharf Restaurant |
| Dinner | $ -0- | No dinner due to late lunch |
| **Parking:** | $ 9.00 | |
| **Taxi Cabs:** | $ 17.00 | Cash - Was afraid of not finding parking so I took a cab to dinner on 7/27/06 |
| **Tips:** | $ 6.00 | Cash - Baggage Porters; Didn't tip valet parking guys due to $28.00/night valet parking fee added to hotel bill |
| **Total:** | $ 1,710.52 | |

**Please reimburse ASAP to:** Julianne Evans
C/O Prudential Florida WCI Realty
1137 S. University Drive
Plantation, FL 33324

**Thank you for reimbursing immediately so as not to incur finance charges on credit card.**

US Airways Travel Confirmation

MUZYKA

Reminder: AOL will never ask you to send us your password or credit card number in an email. This message has been scanned for known viruses.

**From:** reservati ons@myusairways.com
**To:** juj uinfla@aol.com
**Subject:** US Airways Travel Confirmation
**Date:** Mon, 17 Jul 2006 3:24 PM

US AIRWAYS
Fly with us.
Travel Confirmation

**Save Airport Time:**
- Web Check-In
- Airport Kiosk
- Baggage Policies
- International Travel

**Quick Links:**
- Purchase Tickets
- Car Reservations
- Hotel Reservations
- Travel Protection

**Dividend Miles:**
- Enroll
- View My Account
- Preferred Program
- Earn More Miles
- Use My Miles
- Purchase/Gift Miles
- Program Details
- Credit Cards
- Star Alliance
- US Airways Club
- Upgrades

# Travel Confirmation: VARTPU

Thank you for flying US Airways. Your purchase is now complete and your reservation has been electronically ticketed. No paper tickets will be sent. For customer assistance, please call 800-428-4322.

| CONFIRMATION | VARTPU |
|---|---|
| **Date issued** | 07/17/06 at 11:57 AM |
| **Form of Payment** | MasterCard ************7240 |
| **Grand Total** | **$218.60** |

FREE UPGRADE plus 1,000 miles! GO AVIS

**Cancellation/Interruption Protection**
Access America can help protect you from losing prepaid deposits and paying additional expenses caused by unexpected cancellations or trip interruptions. Put your mind at ease - buy your coverage now!

Passenger Information

| Party of 1 | Dividend Miles # | Ticket # | Seat # |
|---|---|---|---|
| JULIANNEM EVANS | L017D02 | 40121805824855 | **, ** |

Special Needs

| Passenger | Special Needs |
|---|---|

Flight Itinerary

| Depart | Flight # | From | To | Arrive | Details |
|---|---|---|---|---|---|
| 11:50 AM Thu, Jul 27 | 1182 | Fort Lauderdale, FL Boeing 737-400 | Washington, DC (Reagan) | 02:16 PM Thu, Jul 27 | Meal: None Class: Coach |
| 07:35 PM Mon, Jul 31 | 547 | Washington, DC (Reagan) Airbus A320 | Fort Lauderdale, FL | 09:59 PM Mon, Jul 31 | Meal: None Class: Coach |

| 1 Passenger(s) | |
|---|---|
| Fare | $184.19 |
| Taxes & Fees | $34.41 |
| **Grand Total** | **$218.60** |

US AIRWAYS
PASSENGER RECEIPT 1
31JUL06
US AIRWAYS
REFUNDABLE ONLY WITH
TRANSPORTATION
OVERWEIGHT 51-70
50.00
FOR CONDITIONS OF
50.00
NA
NA
NA
50.00
0370507934388 3
0 037 6364282832
STAPLE HERE
INSERT
Do not expose to excessive heat or direct sunlight

HEAVY
CIRCLE ONE
625 LBS / KG
HEAVY

ENTERPRISE
RENT-A-CAR

REAGAN NATIONAL APT (OFF-SITE)
2020 JEFFERSON DAVIS HWY
ARLINGTON,VA 222023601
(703) 553-7744
BRANCH: 1615
TICKET: 783864

JULIANNE EVANS
OUT: 07/27/2006 0253 PM
IN: 07/31/2006 0521 PM
VEHICLE DG PONT
VEHICLE LICENSE

4 ... 164.96
... 65
8.750 GALLON ... 31.63
Sales Tax ... 10.000% - 16.50
TOTAL 227.74

$227.74

CHARGE TO: MC XXXXXXXXXXXX EXPIRES: xx/xx

THANK YOU FOR RENTING FROM
ENTERPRISE RENT-A-CAR

TO RESERVE A CAR USE
1 (800) RENT-A-CAR
OR
WWW.ENTERPRISE.COM



For questions regarding this folio, please call Marriott Business Services toll-free 1-866-435-7627.

JW MARRIOTT.
PENNSYLVANIA AVENUE

1331 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone (202) 393-2000
Facsimile (202) 626-6991
Marriott.com/WASJW

GUEST FOLIO

1489 EVANS/JULIANNE
0KG MR CONC
196 200 JACARANDA
PLANTATION FL
33324

ROOM CLERK ADDRESS

159.00 07/31/06 14:00 15381
ACCT#
RATE 07/27/06 16:09
PASSPORT 715
BKXXXXXXXXXXXX3104
MR#:

PAYMENT

| DATE | REFERENCE | | CHARGES | CREDITS | BALANCE DUE |
|---|---|---|---|---|---|
| 07/27 | ROOM | 1489, 1 | 159.00 | | |
| 07/27 | ROOMTX | 1489, 1 | 23.06 | | |
| 07/27 | PARKING | VALET 1 | 28.00 | | |
| 07/28 | STARBUCK | 80101489 | 3.50 | | |
| 07/28 | RMSERV | 73341489 | 23.10 | | |
| 07/28 | ROOM | 1489, 1 | 159.00 | | |
| 07/28 | ROOMTX | 1489, 1 | 23.06 | | |
| 07/28 | PARKING | VALET 1 | 28.00 | | |
| 07/29 | ROOM | 1489, 1 | 159.00 | | |
| 07/29 | ROOMTX | 1489, 1 | 23.06 | | |
| 07/29 | PARKING | VALET 1 | 28.00 | | |
| 07/30 | PARKING | VALET1 | 28.00 | | |
| 07/30 | ROOM | 1489, 1 | 159.00 | | |
| 07/30 | ROOMTX | 1489, 1 | 23.06 | | |

866.84

------------------ EXP. REPORT SUMMARY --------------------

| | | |
|---|---|---|
| 07/27 | ROOM&TAX | 182.06 |
| | PARKING | 28.00 |
| 07/28 | STARBUCK | 3.50 |
| | RMSERV | 23.10 |
| | ROOM&TAX | 182.06 |
| | PARKING | 28.00 |
| 07/29 | ROOM&TAX | 182.06 |
| | PARKING | 28.00 |
| 07/30 | PARKING | 28.00 |
| | ROOM&TAX | 182.06 |

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

This statement is a summary of your current charges. If you need assistance with luggage, our bellstand can be reached at extension 00.

CHECK OUT TIME IS 12:00 NOON

Please see reverse side for check out options.

EXXON EXPRESS PAY

HARBOUR WAY EXXON
16450 HARBOUR WAY
BOWIE, MD. 20716

DLR# 4698320
HARBOUR WAY EX
BOWIE MD
07/27/06 15:25
ACCT#
MasterCard X3104 310
INV# M4U3844
AUTH# 027079
PUMP# 12
Regular 8.205G
SELF
PRICE/GAL $3.169
FUEL TOTAL $26.00

TOTAL $26.00

HARBOUR WAY EXXON
16450 HARBOUR WAY
BOWIE, MD 20716

-THANK YOU-

NEW YORK AVE CITGO
NEW YORK AVE
WASHINGTON DC
07/30/06
PUMP# 2 SELF
(202)526-3677
PLEASE COME
BACK SOON

Parking

Colonial Parking
101N LEE ST
ALEXANDERIA

| | |
|---|---|
| Fee Computer Number: | 3 |
| Cashier: | 2 ID #2 |
| Transaction Number: | 153213 |
| Entered: | 07/30/06 12:30 |
| Exited: | 07/30/06 16:52 |
| Ticket #63772 | Dispenser #5 |
| Rate: | Normal Rate A |
| Total Fee: | $9.00 |
| Cash: | $9.00 |

Thank you for choosing
Colonial Parking
Have a nice day

TAXICAB RECEIPT

Time: 7:20 PM
Date: 7/27/06
Origin of trip: JW Marriott
Destination: McCormick & Schmick
Fare: $ 9.00 Sign: [signature]

Taxi Cab Receipts

DATE: 7/27/06 TIME: 9:35 Pm
TRIP ORIGIN: McCormick & Schmick
DESTINATION: JW Marriott
FARE: $ 8.00 SIGNATURE [signature]

****************************************
DATE 7/27/06 TIME 9:29PM
MID 306726040733

McCormick & Schmick
F Street
Washington, D.C.
20004
202-639-9330

PLEASE SIGN AND LEAVE THE MERCHANT COPY
THE CUSTOMER COPY IS YOURS TO TAKE

MASTER XXXXXXXXXXXXXXX3104 S
AUTH 060062 TBL 405 CHECK 36053
PURCHASE DINING S JUSTIN

AMOUNT 39.05
TAX 3.91

SUBTOTAL $ 42.96

TIP $ 10.00

TOTAL $ 52.96

CUSTOMER COPY

****************************************

THURS. EVENING

Annapolis MD
410-263-5700
Daily Specials on the web
@ www.mcgarveys.net

308 Hersh

| Chk 2044 | CAB2 | Gst 0 |
|---|---|---|
| | Jul29'06 06:14PM | |
| 1 Juice | | 2.85 |
| 1 Crab Ball | | 10.75 |
| 1 Cabernet | | 6.15 |
| Subtotal | | 19.75 |
| Tax | | 0.99 |
| 06:59PM Total | | 20.74 |

Gratuity
Not Included

Thank you for joining us today.

Annapolis MD
410-263-5700
Daily Specials on the web
@ www.mcgarveys.net

Date: Jul29'06 06:59PM
Card Type: M.C.
Acct #: XXXXXXXXXXXX3104
Exp Date: 03/09
Auth Code: 083271
Check: 2044
Table: CAB2
Server: 308 Hersh
Ref Number: 02 H2275403

EVANS

Subtotal 20.74
Tip 5.00
Total 25.74

Signature

I agree to pay the above total according to my card issuer agreement.

SATURDAY

Einstein Bros Bagels
1996
7/29/06 1:27:06 PM
Eat In
Order Number: 1249906

| | | |
|---|---|---|
| 1 | Cup Soup | 2.89 |
| 1 | Spinach Tomato Omelet Bundle | 4.59 |
| 1 | Spicy Elmo Bundle | 4.59 |
| | Sub. Total: | 12.07 |
| | Tax: | 1.21 |
| | Total: | 13.28 |
| | Discount Total: | 0.00 |
| | Change | 0.00 |
| | Master Card: | -13.28 |

Start your day with a Spicy Elmo egg sandwich and a medium cup of darn good coffee, just $4.59 for a limited time only at Einstein Bros. Bagels.

Master Card
Card Num : XXXXXXXXXXXX3104
Terminal : 1L11494384001
Approval : 000580
Sequence : 028804

I agree to pay the above Total Amount according to Card Issuer Agreement.

Signature: ____________________

SAT

CARROL'S CREEK
(410)263-8102

Date: 07/29/2006 Time: 10:09:31 PM

Card Type: Master Card
Card Number: XXXXXXXXXXXX3194
Expiration Date: 03/31/2009
Server Name: MARION
Check Number: 219131

Card Owner: EVANS/JULIANNE

AMOUNT 71.93

TIP 17.00

TOTAL 88.93

Approval: 011067

IF YOU HAVE PAID BY USING A BANK DEBIT CARD THERE WILL BE AN EXTRA TRANSACTION THAT MAY APPEAR ON YOUR ONLINE ACCOUNT. THIS IS JUST A VERIFICATION AND WILL DISAPPEAR WITHIN 24 HOURS. THIS PROCESS ONLY APPLIES TO DEBIT CARDS AND IS A FUNCTION OF THE CREDIT CARD PROCESSOR.

RETAIN THIS COPY FOR YOUR RECORDS

SATURDAY EVE.

# CARROL'S CREEK

Dining Room

Date :07/29/2006 Check# :219131
Time :10:04:28 PM Table# :405
Server #: 131
Person# : 1
Opened: 7:49:00 PM Closed: N/A

| Qty | Item | Price |
|---|---|---|
| 1 | SCALLOPS APPETIZER | 13.50 |
| 1 | MAHI MAHI ENTREE | 38.00 |
| 1 | CH ST MICHELLE SB GLASS | 7.00 |
| 1 | SEGHESIO ZIN GLASS | 10.00 |

SUB TOTAL 68.50

Sales Tax 3.43

**TOTAL 71.93**

THANK YOU!
MARION

0039
Server: CHAT T Rec: 24
07/30/06 15:25, Swiped Terminal: 4

THE WHARF RESTAURANT
119 KING STREET
ALEXANDRIA, VA 22314
(703)836-2836
MERCHANT #:

CARD TYPE ACCOUNT NUMBER
MASTER CARD XXXXXXXXXXXX3104
Name: julianne evans
00 TRANSACTION APPROVED
AUTHORIZATION #: 082786
Batch_#:_609_Sequence_#:_23
Reference: 073010039

CHECK: 34.40

TIP: 7.00

TOTAL: 41.40

X

PHONE: ( ) -
CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
Thank You!!
SIGNED COPY ------- MERCHANT
Duplicate Copy

SUNDAY

THE WHARF
OLD TOWN'S SEAFOOD RESTAURANT

0039 Table 21
CHAT T SvrCk: 8 14:51 07/30/06
DOWNSTRS DINING

| | |
|---|---|
| 1 COKE | 2.50 |
| 1 DIET COKE | 2.50 |
| 1 CRABCAKE APPETIZ | 11.95 |
| 1 SCALLOP ROLL | 7.95 |
| 1 MISC FOOD, how much? 4.95, LINGUINI | 4.95 |
| Sub Total: | 31.85 |
| TAX: | 2.55 |
| 07/30 15:20 TOTAL: | 34.40 |

0043
Server: ANDY B    Rec: 11
07/31/06 16:46, Swiped    Terminal: 1

THE WHARF RESTAURANT
119 KING STREET
ALEXANDRIA, VA 22314
(703)836-2836
MERCHANT #:

CARD TYPE    ACCOUNT NUMBER
MASTER CARD    XXXXXXXXXXXX3144
Name: JULIANNE EVANS
DD TRANSACTION APPROVED
AUTHORIZATION #: 01206P
Batch_#:_611_Sequence_#:_9
Reference: 073110043

CHECK: 32.02

TIP: 6.00

TOTAL: 38.02

X [signature]

PHONE: (    )    -
CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
Thank You!!
SIGNED COPY ------ MERCHANT

MONDAY

THE WHARF
OLD TOWN'S SEAFOOD RESTAURANT

0043 Table 19
ANDY B    SvrCk: 19 16:18 07/31/06
DOWNSTRS DINING

| | |
|---|---|
| 1 DIET COKE | 2.50 |
| 1 B-CRABCAKES ENT., sub spinach | 27.15 |
| Sub Total: | 29.65 |
| TAX: | 2.37 |
| 07/31 16:18 TOTAL: | 32.02 |

**Alan Cantor**

---

**From:** Alan Cantor
**Sent:** Friday, October 06, 2006 1:03 PM
**To:** 'Terence G. Kenneally'
**Subject:** RE: Evans

Terry, when you speak to the adjuster on Monday (or do you think it will be Tuesday because Monday is a holiday?), please mention that Ms. Evans was able to get a special rate at the Marriott due to a connection she has which she believes saved the insurer about $180/night. I am hopeful your client will reconsider as it will be unnecessarily expensive and time consuming for us to litigate a motion over $100. Not to mention that I'm sure the court would not be pleased with counsel for failing to resolve the matter without court assistance. Thanks. Alan Cantor.

---

**From:** Terence G. Kenneally [mailto:tkenneally@clinmuzyka.com]
**Sent:** Friday, October 06, 2006 9:27 AM
**To:** Alan Cantor
**Subject:** RE: Evans

Dear Alan,

Further to our telephone conversation this morning about the plaintiff's expenses reimbursement, please be advised that the insurance adjuster is out of the office until Monday.

I will be in Monday so I will follow-up with her about the expenses reimbursement.

Accordingly, we request that you refrain from filing a motion to compel until we can speak with the insurance adjuster.

Very truly yours,

Terence G. Kenneally
Clinton & Muzyka, P.C.
One Washington Mall, Suite 1400
Boston, MA 02108
Tel: 617-723-9165
Fax: 617-720-3489
Email: tkenneally@clinmuzyka.com

*E-MAIL CONFIDENTIALITY NOTICE: The contents of this e-mail message and any attachments are intended solely for the addressee(s) and may contain confidential and/or legally privileged information. If you are not the intended recipient of this message or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and any attachments. If you are not the intended recipient, you are notified that any use, dissemination, distribution, copying or storage of this message or any attachment is strictly prohibited and shall not compromise or waive such confidentiality, privilege or exemption from disclosure as to this communication.*

---

**From:** Terence G. Kenneally
**Sent:** Tuesday, October 03, 2006 2:16 PM
**To:** 'Alan Cantor'
**Subject:** RE: Evans

EXHIBIT "E"

Dear Alan,

We can conduct the deposition at Dr. Henkin's office.

Thanks,

Terence G. Kenneally
Clinton & Muzyka, P.C.
One Washington Mall, Suite 1400
Boston, MA 02108
Tel: 617-723-9165
Fax: 617-720-3489
Email: tkenneally@clinmuzyka.com

*E-MAIL CONFIDENTIALITY NOTICE: The contents of this e-mail message and any attachments are intended solely for the addressee(s) and may contain confidential and/or legally privileged information. If you are not the intended recipient of this message or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and any attachments. If you are not the intended recipient, you are notified that any use, dissemination, distribution, copying or storage of this message or any attachment is strictly prohibited and shall not compromise or waive such confidentiality, privilege or exemption from disclosure as to this communication.*

---

**From:** Alan Cantor [mailto:acantor@swartzlaw.com]
**Sent:** Tuesday, October 03, 2006 1:48 PM
**To:** Terence G. Kenneally
**Subject:** RE: Evans

I'm all set for 11/1 at 2:00. Does Dr. Henkin want to do the depo at his office? Thanks. Alan.

---

**From:** Terence G. Kenneally [mailto:tkenneally@clinmuzyka.com]
**Sent:** Tuesday, October 03, 2006 11:48 AM
**To:** Alan Cantor
**Subject:** RE: Evans

Dear Alan,

Further to the voicemail messages that I left for you today, please be advised that I spoke with Dr. Henkin concerning the scheduling of his deposition. He is available the afternoon of October 11, 2006 because his previous appointment was canceled. However, our schedule conflicts with that date. Therefore, we scheduled the deposition of Dr. Henkin for Wednesday, November 1, 2006 at 2:00 p.m. provided that the time and date meets your schedule. Please advise whether we can depose Dr. Henkin on November 1st at 2:00 p.m.

In addition, we consulted with our client's insurer. The adjuster advised that a response to Ms. Evans' request for reimbursement will be provided on or before Friday of this week.

Accordingly, we request that you refrain from filing any motions to compel.

Very truly yours,

Terence G. Kenneally
Clinton & Muzyka, P.C.
One Washington Mall, Suite 1400
Boston, MA 02108
Tel: 617-723-9165
Fax: 617-720-3489
Email: tkenneally@clinmuzyka.com

*E-MAIL CONFIDENTIALITY NOTICE: The contents of this e-mail message and any attachments are intended solely for the addressee(s) and may contain confidential and/or legally privileged information. If you are not the intended recipient of this message or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and any attachments. If you are not the intended recipient, you are notified that any use, dissemination, distribution, copying or storage of this message or any attachment is strictly prohibited and shall not compromise or waive such confidentiality, privilege or exemption from disclosure as to this communication.*

---

**From:** Alan Cantor [mailto:acantor@swartzlaw.com]
**Sent:** Tuesday, October 03, 2006 10:09 AM
**To:** Terence G. Kenneally
**Subject:** Evans

Terry, if I do not have your assurance today that an expense check is being issued, I will have no alternative but to file a motion to compel and ask for costs. Also, I need a date for Henkin's deposition by today or I will file a motion to compel his deposition. Thank you for your immediate attention to these matters. Alan Cantor.

Alan L. Cantor, Esq.
Swartz & Swartz
10 Marshall Street
Boston, MA 02108
617 742-1900 fax 617 367-7193