UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                    CIVIL ACTION
                                                    NO. 05-10088-MBB

JULIANNE MARIE EVANS
     Plaintiff,

VS.

NANTUCKET COMMUNITY SAILING, INC.,
RONAN O'SIOCHRU and DONNCHA KIELY
     Defendants.

**DEFENDANTS' MOTION TO EXTEND DISCOVERY FOR SIXTY (60) DAYS FOR THE LIMITED PURPOSE OF OBTAINING EXPERT'S OPINIONS**

Now come the defendants, Nantucket Community Sailing, Inc., Ronan O'Siochru, and Donncha Kiely, in the above captioned action, by and through their undersigned counsel, and file their Motion to Extend Discovery for Sixty (60) Days for the limited purpose of obtaining the plaintiff's taste and smell expert's report and possibly conducting his deposition.

The defendants submit that on or about November 17, 2006, the plaintiff underwent an examination by a taste and smell physician, Alan Hirsch, M.D., at The Smell and Taste Treatment and Research Foundation in Chicago, Illinois. After the examination, plaintiff's counsel requested that Dr. Hirsch produce a report. To date, defense counsel has not received a copy Dr. Hirsch's report concerning the plaintiff's examination and his findings. Consequently,

defense counsel has not deposed Dr. Hirsch. Discovery is currently scheduled to expire on December 31, 2006.

Since Dr. Hirsch has not produced a report concerning the plaintiff's examination, the defendants request that this Honorable Court issue an Order that requires Dr. Hirsch to produce his report on or before January 29, 2007. The defendants further request that if they wish to obtain Dr. Hirsch's deposition after reviewing his report, this Honorable Court grant them an additional thirty [30] days to schedule and conduct his deposition. Accordingly, the defendants seek an extension of Discovery to obtain Dr. Hirsch's report on or before January 29, 2007 and conduct his deposition on or before March 2, 2007 if they wish to do so.

**WHEREFORE**, the defendants pray that their Motion to Extend Discovery for Sixty (60) Days be allowed for the limited purposes of producing Dr. Alan Hirsch's report on or before January 29, 2007 and permitting the defendants to obtain his deposition on or before March 2, 2007.

                                            Respectfully submitted
                                            by their attorneys,
                                            **CLINTON & MUZYKA, P.C.,**

                                            "/s/Terence G. Kenneally"
                                            **Thomas J. Muzyka**
                                            **BBO NO. 365540**
                                            **Terence G. Kenneally**
                                            **BBO NO. 642124**
                                            One Washington Mall
                                            Suite 1400
                                            Boston, MA 02108
                                            617-723-9165

Dated: December 22, 2006


**LOCAL RULE 7.1(A)(2) CERTIFICATE**

Boston, MA                                              December 22, 2006

    I, Terence G. Kenneally, on December 22, 2006 hereby certify that I telephoned plaintiff's counsel's office regarding this Motion, but Attorney Cantor was not available to discuss the motion. Therefore, I faxed a copy of the motion to his office and filed it with this Honorable Court.

                                                            "/s/Terence G. Kenneally"