```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS


JULIANNE MARIE EVANS
          Plaintiff,


     V.                              CIVIL ACTION NO.
                                     05-10088-MBB

NANTUCKET COMMUNITY SAILING, INC.,
          Defendant.
```

## ORDER FOR TRIAL

### April 5, 2007

**BOWLER, U.S.M.J.**

The above-entitled action is scheduled for a Bench trial on **October 29, 2007 @ 9:00 A.M. to 1:00 P.M.** in Courtroom 25, 7th Floor, New Courthouse, Fan Pier, Boston, Massachusetts.

On or before October 24, 2007, the parties shall file, either jointly or separately, a pretrial memorandum in duplicate. The Pretrial memorandum will set forth:

1. A concise summary of evidence that will be offered by (a) Plaintiff, (b) Defendant, (c) other parties, with respect to both liability and damages (including special damages, if any);

2. The facts established by pleadings or by stipulations or admissions of counsel;

3. Contested issues of fact;

4. Any questions raised by pending motions;

5. Issues of law including evidentiary questions, together

with supporting authority;

 6. Any additional matters to aid in the disposition of the action;

 7. The probable length of the trial;

 8. The names and addresses of witnesses who shall testify at the trial, and the purpose of the testimony of each witness, i.e., whether factual, medical, expert, etc.  Unless the qualifications of any medical or other expert witness are admitted, a brief statement of the qualifications of such witness shall be included;

 9. The proposed exhibits; and

 10. Whether a daily copy of the trial transcript is to be requested.

 A party who intends to object to the qualifications of an expert witness, or to the introduction of any proposed exhibit, shall give written notice of the grounds of objection, together with supporting authority to all other parties, on or before October 24, 2007.

 Failure to comply with any of the directions set forth above, may result in judgment or dismissal or default, or the imposition of other sanctions deemed appropriate by the Court.

       BY ORDER OF THE COURT,


       /s/ Marianne B. Bowler
       **MARIANNE B. BOWLER**
       United States Magistrate Judge

Case 1:05-cv-10088-MBB     Document 66     Filed 04/05/2007     Page 3 of 4

Case 1:05-cv-10088-MBB    Document 66    Filed 04/05/2007    Page 4 of 4