UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 05-10088-MBB

**JULIANNE MARIE EVANS**
     **Plaintiff,**

**VS.**

**NANTUCKET COMMUNITY SAILING, INC.,
RONAN O'SIOCHRU and DONNCHA KIELY**
     **Defendants.**

### DEFENDANTS' ASSENTED TO MOTION TO CONTINUE THE TRIAL DATE

Now come the defendants, Nantucket Community Sailing, Inc., Ronan O'Siochru, and Donncha Kiely, in the above captioned action, by and through their undersigned counsel, and respectfully move this Honorable Court to continue the Trial scheduled for October 29, 2007 at 9:00 A.M. until November 12, 2007 at 9:00 A.M. because defense counsel must attend an Oral Argument before the United States Court of Appeals for the Fourth Circuit on October 30, 2007.

Defense counsel further submits that the parties will file, either jointly or separately, a pretrial memorandum in duplicate on or before November 7, 2007.

Defense counsel has conferred with the plaintiff's counsel and obtained his assent to this motion.

**WHEREFORE**, the defendants pray that this Honorable Court grant this motion and continue the Trial scheduled for

2

October 29, 2007 at 9:00 A.M. until November 12, 2007 at 9:00 A.M.

        Respectfully submitted
        by their attorneys,
        **CLINTON & MUZYKA, P.C**

        **"/s/Terence G. Kenneally"**
        **Thomas J. Muzyka**
        **BBO NO: 365540**
        **Terence G. Kenneally**
        **BBO NO: 642124**
        One Washington Mall
        Suite 1400
        Boston, MA  02108
        (617) 723-9165

**LOCAL RULE 7.1(A)(2) CERTIFICATE**

Boston, MA                                                 August 21, 2007

    I, Terence G. Kenneally, on August 21, 2007 hereby certify that I exchanged emails with plaintiff's counsel, Attorney Alan Canor, regarding this Motion and obtained his assent to its filing.

                                                                "/s/Terence G. Kenneally"