UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO.: 05-10088 MBB

JULIANNE MARIE EVANS, *
\*
Plaintiff, *
\*
\*
vs. *
\*
\*
NANTUCKET COMMUNITY *
SAILING, INC., a Massachusetts *
Corporation, RONAN O'SIOCHRU *
and DONNCHA KIELY, *
\*
Defendants. *

## AFFIDAVIT OF NOTICE PURSUANT TO M.G.L. c. 233, Section 79G

I, David P. Angueira, Esquire, being duly sworn, hereby depose and say as follows:

1. I am one of the attorneys for the Plaintiff in the above-captioned matter.

2. I hereby make oath that I gave at least ten (10) days notice by certified mail pursuant to M.G.L. c. 233, §79G of Plaintiff's intention to introduce the following certified medical records and bills:

   1. Medical records and bills from Michael Ackland, M.D.;
   2. Medical records and bills from Nantucket Cottage Hospital;
   3. Medical records and bills from Robert Constant, M.D.;
   4. Medical records and bills from Eric Schertzer, M.D.;
   5. Medical records and bills from Norman Mann, M.D.;
   6. Medical records and bills from Kenneth Burke, M.D.;
   7. Medical records from Kenneth Selbst, M.D.;
   8. Medical records from Hubert Rosomoff, M.D.;
   9. Medical records from Ronald S. Wagner, M.D.; and
   10. Medical records from Paul Flaten, M.D.

3. The certified mail return receipt is attached herewith to a copy of the letter sent to all counsel of record.

SIGNED under the pains and penalties or perjury, this 8th day of November, 2007.

/s/ David P. Angueira
_____
David P. Angueira

## **CERTIFICATE OF SERVICE**

I, David P. Angueira, Esq. do hereby certify that the foregoing document was served on the following counsel on this date and in the manner specified herein:

Electronically Serviced Through ECF:

Terrence Kenneally, Esq.
Clinton & Muzyka
1 Washington Mall
Boston, MA 02108

This 8th day of November, 2007.

/s/ David P. Angueira
_____
David P. Angueira





**Swartz & Swartz**
ATTORNEYS AT LAW
The John & Ebenezer Hancock House on The Freedom Trail
NUMBER TEN MARSHALL ST., BOSTON, MASSACHUSETTS 02108
617-742-1900  •  FAX • 617-367-7193
EMAIL • ATTORNEY@SWARTZLAW.COM
WEBSITE • WWW.SWARTZLAW.COM

November 2, 2007

**VIA CERTIFIED MAIL/RRR**

Terrence Kenneally, Esq.
Clinton & Muzyka
1 Washington Mall
Boston, MA 02108

RE: Evans v. Nantucket Community Sailing, Inc.

Dear Attorney Kenneally:

In connection with the above-referenced, please find the following list of health care providers' medical records and bills we intend to introduce at trial pursuant to M.G.L. c.233 §79G:

1. Certified medical records and bills from Michael Ackland, M.D.;
2. Certified medical records and bills from Nantucket Cottage Hospital;
3. Certified medical records and bills from Robert Constant, M.D.;
4. Certified medical records and bills from Eric Schertzer, M.D.;
5. Certified medical records and bills from Norman Mann, M.D.;
6. Certified medical records and bills from Kenneth Burke, M.D.;
7. Certified medical records from Kenneth Selbst, M.D.;
8. Certified medical records from Hubert Rosomoff, M.D.;
9. Certified medical records from Ronald S. Wagner, M.D.; and
10. Certified medical records from Paul Flaten, M.D.

Please note that we have previously provided your office with copies of these records and bills and/or executed authorizations allowing for the release of same. If you do not have any of these medical records and bills, please let me know and I will provide them to you. Should you have any questions regarding this matter, please not hesitate to contact me.

Yours truly,

David P. Angueira

DPA:jh