UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
|  |  | CIVIL ACTION
NO.:  05-10088 MBB |
| JULIANNE MARIE EVANS, | * |  |
|  | * |  |
| Plaintiff, | * |  |
|  | * |  |
|  | * |  |
| vs. | * |  |
|  | * |  |
|  | * |  |
| NANTUCKET COMMUNITY | * |  |
| SAILING, INC., a Massachusetts | * |  |
| Corporation, RONAN O'SIOCHRU | * |  |
| and DONNCHA KIELY, | * |  |
|  | * |  |
| Defendants. | * |  |

**PLAINTIFF'S MOTION TO RESTRICT THE DEEFENDANT EXPERT AND THE DEFENDANT FROM INTRODUCING ANY MEDICAL EVIDENCE BEYOND THE SCOPE OF THE DEFENDANTS' EXPERT DISCLOSURES**

Defendants provided an expert disclosure report by Dr. Henkins.  The Plaintiff took the deposition of Dr. Robert Henkin on November 1, 2006.  The Plaintiff requested the Defendants to supplement their expert disclosures if any on September 27, 2007.  The Defendants have not provided any supplementation of their expert's opinions.  Therefore, the Plaintiff requests the Defendants be prohibited from introducing any medical evidence and medical opinions beyond the scope of Dr. Henkin's expert disclosure and his deposition testimony.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | /s/David P. Angueira |
|  | _____ |
|  | Edward M. Swartz, BBO #489540 |
|  | Alan L. Cantor, BBO #072360 |
|  | David P. Angueira, BBO #019610 |
|  | Swartz & Swartz |
|  | 10 Marshall Street |
|  | Boston, MA 02108 |
| DATED: November 9, 2007 | 617-742-1900 |

**CERTIFICATE OF SERVICE**

I, David P. Angueira, Esq. do hereby certify that the foregoing document was served on the following counsel on this date and in the manner specified herein:

Electronically Serviced Through ECF:

Terrence Kenneally, Esq.
Clinton & Muzyka
1 Washington Mall
Boston, MA 02108

This 9th day of November, 2007.

/s/ David P. Angueira
_____
David P. Angueira