UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JULIANNE MARIE EVANS, | * | CIVIL ACTION |
|  | * | NO.: 05-10088 MBB |
| Plaintiff, | * |  |
|  | * |  |
| vs. | * |  |
|  | * |  |
| NANTUCKET COMMUNITY | * |  |
| SAILING, INC., a Massachusetts | * |  |
| Corporation, RONAN O'SIOCHRU | * |  |
| and DONNCHA KIELY, | * |  |
|  | * |  |
| Defendants. | * |  |

**PLAINTIFF'S RESPONSE TO THE DEFENDANTS' MOTION IN LIMINE TO COMPEL PAYMENT OF DEFENDANTS' EXPERT WITNESS FEES AND DEFENDANTS' MOTION IN LIMINE TO PRECLUDE PLAINTIFF FROM INTRODUCING INTO EVIDENCE ANY FINDINGS, EXAMINATION RESULTS AND OPINIONS OF NORMAN MANN, M.D. CONCERNING THE PLAINTIFF'S EXAMINATION AND TESTING AT THE UCONN TASTE AND SMELL CLINIC**

The Plaintiff will be prepared to respond to these motions on Tuesday, November 13, 2007 prior to Trial.

Respectfully submitted,

/s/David P. Angueira
_____
Edward M. Swartz, BBO #489540
Alan L. Cantor, BBO #072360
David P. Angueira, BBO #019610
Swartz & Swartz
10 Marshall Street
Boston, MA 02108
617-742-1900

DATED: November 9, 2007

## CERTIFICATE OF SERVICE

I, David P. Angueira, Esq. do hereby certify that the foregoing document was served on the following counsel on this date and in the manner specified herein:

Electronically Serviced Through ECF:

Terrence Kenneally, Esq.
Clinton & Muzyka
1 Washington Mall
Boston, MA 02108

This 9th day of November, 2007.

/s/ David P. Angueira
_____
David P. Angueira