UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO.: 05-10088 MBB

| | |
|---|---|
| JULIANNE MARIE EVANS, | * |
| | * |
| Plaintiff, | * |
| | * |
| | * |
| vs. | * |
| | * |
| | * |
| NANTUCKET COMMUNITY | * |
| SAILING, INC., a Massachusetts | * |
| Corporation, RONAN O'SIOCHRU | * |
| and DONNCHA KIELY, | * |
| | * |
| Defendants. | * |

**PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTINO IN LIMINE TO PRECLUDE PLAINTIFF FROM OFFERING EXPERT OPINIONS BEYOND THE TESTIMONY OF ALAN R. HIRSCH, M.D.**

There is no requirement that the Plaintiff identify by means of a separate expert disclosure medical records and opinions contained therein in that have already been provided to Defendants' counsel. The defendants have been in possession of the Plaintiff's medical records and had the opportunity to depose and discover any information they wanted from these individuals. The medical records are admissible pursuant to Federal Rules of Civil Procedure, Rule 803(3)(4)(6) and Rule 902(11). Moreover, the Plaintiff has complied with the disclosure requirements of District Court L.R. 35.1 by providing the Defendant with a list of all medical records and bills, giving the Defendant copies of the records and bills and/or by providing the Defendant with a signed authorization to obtain medical records and bills. Dr. Hirsch's expert report and his deposition testimony identified the Plaintiff's medical records as a basis for his

2

opinion. The Federal Rules of Evidence do not require the records be admitted in evidence in order for an expert to testify about the medical care and treatment provided to the Plaintiff as contained in the underlying medical records. For these reasons the Defendant's motion should be denied.

                          Respectfully submitted,

                          /s/David P. Angueira
                          _____
                          Edward M. Swartz, BBO #489540
                          Alan L. Cantor, BBO #072360
                          David P. Angueira, BBO #019610
                          Swartz & Swartz
                          10 Marshall Street
                          Boston, MA 02108
DATED: November 9, 2007      617-742-1900

## CERTIFICATE OF SERVICE

I, David P. Angueira, Esq. do hereby certify that the foregoing document was served on the following counsel on this date and in the manner specified herein:

Electronically Serviced Through ECF:

Terrence Kenneally, Esq.
Clinton & Muzyka
1 Washington Mall
Boston, MA 02108

This 9th day of November, 2007.

/s/ David P. Angueira
_____
David P. Angueira