UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO.: 05-10088 MBB

| | |
|---|---|
| JULIANNE MARIE EVANS, | * |
| | * |
| Plaintiff, | * |
| | * |
| | * |
| vs. | * |
| | * |
| | * |
| NANTUCKET COMMUNITY | * |
| SAILING, INC., a Massachusetts | * |
| Corporation, RONAN O'SIOCHRU | * |
| and DONNCHA KIELY, | * |
| | * |
| Defendants. | * |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION IN LIMINE TO PRECLUDE PLAINTIFF FROM OFFERING EVIDENCE BEYOND THE SCOPE OF THE PARTIES' STIPULATION OF DECEMBER 8, 2005**

The Plaintiff agrees she will be bound by the stipulation entered into at her deposition but reserves all rights to pursue any legal claims she may have at a subsequent time.

Respectfully submitted,

/s/David P. Angueira
_____
Edward M. Swartz, BBO #489540
Alan L. Cantor, BBO #072360
David P. Angueira, BBO #019610
Swartz & Swartz
10 Marshall Street
Boston, MA 02108
617-742-1900

DATED: November 9, 2007

## **CERTIFICATE OF SERVICE**

I, David P. Angueira, Esq. do hereby certify that the foregoing document was served on the following counsel on this date and in the manner specified herein:

Electronically Serviced Through ECF:

Terrence Kenneally, Esq.
Clinton & Muzyka
1 Washington Mall
Boston, MA 02108

This 9th day of November, 2007.

/s/ David P. Angueira
_____
David P. Angueira