UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 05-10088-MBB

**JULIANNE MARIE EVANS**
    **Plaintiff,**

vs.

**NANTUCKET COMMUNITY SAILING, INC.,
RONAN O'SIOCHRU and DONNCHA KIELY**
    **Defendants.**

### STIPULATION OF DISMISSAL

Now come the parties, in the above-entitled action, by their attorneys, and hereby stipulate pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that the above-cited action against the defendant, Nantucket Community Sailing, Inc., be dismissed with prejudice and without interest, costs or attorneys fees.

Dated this 15th. day of November, 2007.

| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR THE DEFENDANTS, |
|---|---|
| "/s/David P. Angueira"_ | "/s/ Thomas J. Muzyka" |
| **David P. Angueira** | **Thomas J. Muzyka** |
| BBO NO: 019610 | BBO NO: 365540 |
| Swartz & Swartz | **Terence G. Kenneally** |
| 10 Marshall Street | BBO NO: 642124 |
| Boston, MA 02108 | Clinton & Muzyka, P.C. |
| (978) 742-1900 | One Washington Mall |
|  | Suite 1400 |
|  | Boston, MA 02108 |
|  | (617) 723-9165 |

Case 1:05-cv-10088-MBB    Document 85    Filed 11/15/2007    Page 2 of 2