✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Julianne Evans
V.
Nantucket Community Sailing, et al.

**EXHIBIT AND WITNESS LIST**

Case Number: 05-10088-MBB

| PRESIDING JUDGE<br>Bowler | PLAINTIFF'S ATTORNEY<br>Angueira | DEFENDANT'S ATTORNEY<br>Muzyka, Kenneally |
|---|---|---|
| TRIAL DATE (S)<br>11/13/2007 | COURT REPORTER<br>Handel, Scott | COURTROOM DEPUTY<br>Duffy |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  | 11/13/07 |  |  | Witness 1:  Julianne Evans called by the Pltf., testimony begins |
|  |  | 11/14/07 |  |  | Witness 2:  Dr. Alan Hirsch called by the Pltf. |
|  |  | " |  |  | Witness 3:  Janice Chamberlain called by the Pltf. |
|  |  | " |  |  | Witness 4:  Dr. Robert Henkin called by the Deft. |
|  |  | 11/15/07 |  |  | Witness 1:  Julianne Evans called by the Pltf., testimony ends |
|  | A | " | x | x | Newspaper Article dated July 3, 2002, 1 page |
|  | B | " | x | x | Photos of sailboats, 8x10 photos, 6 pages |
|  | C | " | x | x | Hand drawing of sailboat on yellow paper, 1 page |
| 1 |  | " | x | x | Newspaper Article, Island Calendar, dated July 3, 2002, 2 pages |
|  |  | " |  |  | Witness 5:  Dr. Michael Ackland called by the Deft. |
|  | D | " | x | x | Records of Ackland Sports Medicine, 23 pages |
| 2 |  | " | x | x | Subpoena for Dr. Ackland for 11/15/2007, 1 page |
|  |  | " |  |  | Witness 6:  Julia Anderson called by the Pltf. |
|  |  | " |  |  | Witness 7:  Ronan O'Siochru called by the Pltf. |
|  | E | 11/16/07 | x | x | Hand drawing of race route, 1 poster board |
|  | F | " | x | x | Sunrise and sunset data for 7/5/2002, U.S. Naval Observatory, 1 page |
|  |  | " |  |  | Witness 8: Donncha Kiley called by the Pltf. |
| 3 |  | " | x | x | Medical Records, Nantucket Cottage Hospital |
| 4 |  | " | x |  | Medical Records, 29 pages |
|  | G | " | x | x | C.V. of Dr. Alan Hirsch, 43 pages |
|  | H | " | x | x | C.V. of Dr. Robert Henkin, 6 pages |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of    1    Pages