UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO.:  05-10088 MBB

JULIANNE MARIE EVANS,    *
                         *
          Plaintiff,     *
                         *
                         *
vs.                      *
                         *
                         *
RONAN O'SIOCHRU and      *
DONNCHA KIELY,           *
                         *
          Defendants.    *

**PLAINTIFF'S OPPOSITION TO DEFENDANT DONNCHA
KIELY'S MOTION FOR JUDGMENT ON PARTIAL FINDINGS**

          The plaintiff opposes the defendant Donncha Kiely's Motion For Judgment On

Partial Findings.  As grounds for her opposition, as is explained more fully in her

Requests For Findings of Fact and Conclusions of Law, the evidence at trial was easily

sufficient to establish the defendant's negligence.  The plaintiff incorporates by reference

herein her Requests For Findings of Fact and Conclusions of Law.


                              The Plaintiff,
                              By Her Attorneys.


                              /s/ David P. Angueira
                              _____
                              Edward M. Swartz, BBO #489540
                              Alan L. Cantor, BBO #072360
                              David P. Angueira, BBO #019610
                              Swartz & Swartz
                              10 Marshall Street
                              Boston, MA 02108
                              617-742-1900

## **CERTIFICATE OF SERVICE**

       I, David P. Angueira, Esq. do hereby certify that the foregoing document was served on the following counsel on this date and in the manner specified herein:

Electronically Serviced Through ECF:

       Terrence Kenneally, Esq.
       Clinton & Muzyka
       1 Washington Mall
       Boston, MA 02108

This 30th day of November, 2007.

                               /s/ David P. Angueira
                               _____
                               David P. Angueira