UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO.:  05-10088 MBB

| | |
|---|---|
| JULIANNE MARIE EVANS, | * |
| | * |
| Plaintiff, | * |
| | * |
| | * |
| vs. | * |
| | * |
| | * |
| RONAN O'SIOCHRU and | * |
| DONNCHA KIELY, | * |
| | * |
| Defendants. | * |

**PLAINTIFF'S OPPOSITION TO DEFENDANT RONAN
O'SIOCHRU'S MOTION FOR JUDGMENT ON PARTIAL FINDINGS**

　　　The plaintiff opposes the defendant Ronan O'Siochru's Motion For Judgment On Partial Findings.  As grounds for her opposition, as is explained more fully in her Requests For Findings of Fact and Conclusions of Law, the evidence at trial was easily sufficient to establish the defendant's negligence.  The plaintiff incorporates by reference herein her Requests For Findings of Fact and Conclusions of Law.

　　　　　　　　　　　　　　　　　　　The Plaintiff,
　　　　　　　　　　　　　　　　　　　By Her Attorneys.

　　　　　　　　　　　　　　　　　　　/s/ David P. Angueira
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Edward M. Swartz, BBO #489540
　　　　　　　　　　　　　　　　　　　Alan L. Cantor, BBO #072360
　　　　　　　　　　　　　　　　　　　David P. Angueira, BBO #019610
　　　　　　　　　　　　　　　　　　　Swartz & Swartz
　　　　　　　　　　　　　　　　　　　10 Marshall Street
　　　　　　　　　　　　　　　　　　　Boston, MA 02108
　　　　　　　　　　　　　　　　　　　617-742-1900

2

## **CERTIFICATE OF SERVICE**

  I, David P. Angueira, Esq. do hereby certify that the foregoing document was served on the following counsel on this date and in the manner specified herein:

Electronically Serviced Through ECF:

  Terrence Kenneally, Esq.
  Clinton & Muzyka
  1 Washington Mall
  Boston, MA 02108


This 30th day of November, 2007.

              /s/ David P. Angueira
              _____
              David P. Angueira