UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JULIANNE MARIE EVANS,
    Plaintiff,

v.

                CIVIL ACTION NO.
                05-10088-MBB

NANTUCKET COMMUNITY SAILING,
INC., a Massachusetts Corporation,
RONAN O'SIOCHRU and DONNCHA KIELY,
    Defendants.

## PROCEDURAL ORDER

**December 11, 2007**

**BOWLER, U.S.M.J.**

    Transcripts of the trial have been ordered.  Both parties are required to file findings of fact and conclusions of law.  The parties shall file the proposed findings no later than 30 days after the filing of the last transcript.

                                      /s/ Marianne B. Bowler
                                      **MARIANNE B. BOWLER**
                                      United States Magistrate Judge