```
             UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

                                            CIVIL ACTION
                                            NO. 05-10088-MBB

**JULIANNE MARIE EVANS**
    **Plaintiff,**

**VS.**

**RONAN O'SIOCHRU and DONNCHA KIELY,**
    **Defendants.**

<u>**DEFENDANTS' ASSENTED TO MOTION FOR AN EXTENSION OF TIME TO FILE THE PARTIES' FINDINGS OF FACT AND CONCLUSIONS OF LAW**</u>

    Now come the defendants, Ronan O'Siochru, and Donncha Kiely, in the above captioned action, by and through their undersigned counsel, and respectfully move this Honorable Court for an extension of time to file the parties' findings of fact and conclusions of law by one week.

    On December 11, 2007, this Honorable Court ordered the parties to file findings of fact and conclusions of law no later than thirty [30] days after the filing of the last transcript. On Monday, March 3, 2008, the Court Reporter filed the last trial transcript with the Court. Accordingly, proposed findings of fact and conclusions of law were due on or before April 3, 2008.

    On March 11, 2008, the undersigned was required to attend to family matters stemming from the recent birth of a son. After a week of tending to family matters, the undersigned returned to the office, but soon realized that

the defendants required an additional week to finalize their pleading for filing with this Honorable Court. Accordingly, the undersigned conferred with plaintiff's counsel who assented to the filing of this motion.

After conferring with plaintiff's counsel, defense counsel submits that the parties will file their findings of fact and conclusions of law on or before Thursday, April 10, 2008 provided this Honorable Court grants this motion.

**WHEREFORE**, the defendants pray that this Honorable Court grant this motion and require the parties to file their findings of fact and conclusions of law on or before Thursday, April 10, 2008.

Respectfully submitted
by their attorneys,
**CLINTON & MUZYKA, P.C**


"/s/Terence G. Kenneally"
**Thomas J. Muzyka**
**BBO NO: 365540**
**Terence G. Kenneally**
**BBO NO: 642124**
One Washington Mall
Suite 1400
Boston, MA  02108
(617) 723-9165

## **LOCAL RULE 7.1(A)(2) CERTIFICATE**

Boston, MA                                            March 28, 2008

    I, Terence G. Kenneally, on March 28, 2008 hereby certify that I received an email from plaintiff's counsel, Attorney Alan Cantor, regarding this Motion and obtained his assent to its filing.

                                        "/s/Terence G. Kenneally"