

Swartz & Swartz
ATTORNEYS AT LAW
*The John & Ebenezer Hancock House on The Freedom Trail*
NUMBER TEN MARSHALL ST., BOSTON, MASSACHUSETTS 02108
617-742-1900   ·   FAX · 617-367-7193
EMAIL · ATTORNEY@SWARTZLAW.COM
WEBSITE · WWW.SWARTZLAW.COM

June 4, 2008

Mr. Marc Duffy
John Joseph Moakley
U.S. Court House
1 Courthouse Way, Suite 2300
Boston, MA 02210

RE:  **Evans v. Nantucket Community Sailing, Inc.**
     **USDC C.A. NO.:  05-10088 MBB**

Dear Mr. Duffy:

Please consider this a request by our client regarding the status of the Court's decision in her trial which was completed in November, 2007. I know that the delay was caused in part due to the transcript; however Ms. Evans is requesting an update from us. If there is any scheduling information we can give her it would be appreciated.

Yours truly,

David P. Angueira

DPA/jh
cc: Ms. Julianne Evans