```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

JULIANNE MARIE EVANS,
    Plaintiff,

    v.                                                      CIVIL ACTION NO.
                                                         05-10088-MBB

NANTUCKET COMMUNITY SAILING,
INC., a Massachusetts Corporation,
RONAN O'SIOCHRU and DONNCHA KIELY,
    Defendants.

## AMENDED FINAL JUDGMENT

### February 5, 2009

**BOWLER, U.S.M.J.**

    The issues having been duly tried and a decision having been duly rendered,

    It is **ORDERED** and **ADJUDGED** that plaintiff Julianne Marie Evans ("Evans") recover of defendants Donncha Kiely and Ronan O'Siochru jointly and severally the amount of $90,000 in damages as well as a total of $15,808 in prejudgment interest along with Rule 54(d)(1) costs. Evans shall take nothing from defendant Nantucket Community Sailing, Inc. in accordance with the parties' stipulation.

                                              /s/ Marianne B. Bowler
                                              **MARIANNE B. BOWLER**
                                              United States Magistrate Judge