```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

                                                                     CIVIL ACTION
                                                                     NO. 05-10088-MBB

**JULIANNE MARIE EVANS**
    **Plaintiff,**

**vs.**

**RONAN O'SIOCHRU and DONNCHA KIELY**
    **Defendants.**

<u>**STIPULATION OF DISMISSAL**</u>

Now come the parties, in the above-entitled action, by their attorneys, and hereby stipulate pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that the above-cited action be dismissed with prejudice and without interest, costs or attorneys fees.

Dated this 17th day of March, 2009.

| **ATTORNEY FOR PLAINTIFF** | **ATTORNEY FOR THE DEFENDANTS,** |
|---|---|
| **"/s/ Alan L. Cantor"** | **"/s/ Thomas J. Muzyka"** |
| **Edward M. Swartz** | **Thomas J. Muzyka** |
| **BBO NO: 489540** | **BBO NO: 365540** |
| **Alan L. Cantor** | **Terence G. Kenneally** |
| **BBO NO: 072360** | **BBO NO: 642124** |
| Swartz & Swartz | Clinton & Muzyka, P.C. |
| 10 Marshall Street | One Washington Mall |
| Boston, MA 02108 | Suite 1400 |
| (978) 742-1900 | Boston, MA 02108 |
| | (617) 723-9165 |

**CERTIFICATE OF SERVICE**

    Pursuant to Local Rule 5.2, I hereby certify that the Stipulation of Dismissal filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 17, 2009.

By its attorneys,

**CLINTON & MUZYKA, P.C.**

**"/s/Thomas J. Muzyka"**
**Thomas J. Muzyka**
**BBO NO. 365540**
**Terence G. Kenneally**
**BBO NO. 642124**
One Washington Mall
Suite 1400
Boston, MA 02108